**IN THE UNITED STATES DISTRICT COURT**
**FOR MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

**Case No: 2:26-cv-00552**

Ricardo Cardenas,

       Plaintiff,

        v.

Carnival Corporation and First Advantage
Background Services Corporation,

       Defendants.

_____/

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff

and/or plaintiff's counsel, hereby give notice that whereas no party is an infant or incompetent

the above-captioned action is voluntarily dismissed with prejudice against Defendant First

Advantage Background Services Corporation only, with each party to bear its respective

attorney's fees and costs.

First Advantage Background Services Corporation has not served an answer in this

action.

1

Dated: May 26, 2026

**SANDERS LAW GROUP**

By: */s Craig B Sanders*
Craig B Sanders, Esq.
FL Bar No: 985686
333 Earle Ovington Blvd., Suite 402
Uniondale, New York 11553
Email: csanders@sanderslaw.group
Office: (516) 203-7600
Fax: (516) 281-7801
*Attorneys for Plaintiff*
Our File No.: 144545