IN THE UNITED STATES DISTRICT COURT
FOR MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**Case No: 2:26-cv-00552**

Ricardo Cardenas,

        Plaintiff,

        v.

Carnival Corporation and First Advantage
Background Services Corporation,

        Defendants.

_____/

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff

and/or plaintiff's counsel, hereby give notice that whereas no party is an infant or incompetent

the above-captioned action is voluntarily dismissed with prejudice against Defendant Carnival

Corporation, with each party to bear its respective attorney's fees and costs.

Carnival Corporation has not served an answer in this action.

Dated: June 8, 2026

        **SANDERS LAW GROUP**

        By: */s Craig B Sanders*
        Craig B Sanders, Esq.
        FL Bar No: 985686
        333 Earle Ovington Blvd., Suite 402
        Uniondale, New York 11553
        Email: csanders@sanderslaw.group
        Office: (516) 203-7600
        Fax: (516) 281-7801
        *Attorneys for Plaintiff*
        Our File No.: 144545

1